UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ21-322 |
| Plaintiff, | |
| v. | ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |
| ELVIN HUNTER BGORN WILLIAMS, | |
| Defendant. | |

TO:  The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, ELVIN HUNTER BGORN WILLIAMS, violated Title 18, United States Code, Section 2339B (Providing Material Support to a Foreign Terrorist Organization).

It is therefore ORDERED:

1.  You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2.  Defendant shall be held in custody pending that appearance.

DATED this 28th day of May, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE